| AO 10<br>Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2013** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>La Rue, Denise K. | 2. Court or Organization<br><br>U.S. Courts Southern District of Indiana | 3. Date of Report<br><br>11/21/2014 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge-FT | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>1/1/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>255 United States Courthouse<br>46 East Ohio Street<br>Indianapolis, IN 46204 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 11/21/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 11/21/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Barclay Card USA (formerly Bank of America) | Credit Card Master Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 11/21/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RBC WEALTH MNGMT IRA (Guardian Variable Annutiy) #1 (H) | | | | | | | | | |
| 2. -Alliance Bernstein VPS International Value | A | Int./Div. | J | T | | | | | |
| 3. -Black Rock Large Cap Core | A | Int./Div. | J | T | | | | | |
| 4. -Columbia Variable Portfolio Small Cap Value Fund | A | Int./Div. | J | T | | | | | |
| 5. -Evergreen VA International Equity | A | Int./Div. | | | Sold | 02/01/13 | K | B | |
| 6. -Fidelity VIP Contra Fund | A | Int./Div. | K | T | | | | | |
| 7. -Fidelity MidCap Portfolio | A | Int./Div. | K | T | | | | | |
| 8. -Franklin Small Cap Value | A | Int./Div. | J | T | | | | | |
| 9. -Franklin US Government Securities | A | Interest | J | T | | | | | |
| 10. -RS Investment Quality Bond VIP Series | A | Interest | J | T | | | | | |
| 11. -RS Low Duration Bond VIP Series | A | Interest | K | T | | | | | |
| 12. -RS Large Cap Alpha VIP Series | A | Dividend | K | T | | | | | |
| 13. -MFS Utilities Series SC | A | Int./Div. | J | T | | | | | |
| 14. -Oppenheimer Capital Appreciation VA SC | A | Dividend | J | T | | | | | |
| 15. -Oppenheimer Main Street Small & Mid Cap Fund VA | A | Dividend | J | T | | | | | |
| 16. -Oppenheimer Global Strategic Income VA SC | A | Interest | J | T | | | | | |
| 17. -Pioneer Cullen Value VCT Class II | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| La Rue, Denise K. | 11/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Pioneer Mid Cap Value VCT Class II | A | Dividend | J | T | | | | | |
| 19. -PIMCO Total Return Advisor Class | A | Interest | J | T | | | | | |
| 20. -Columbia Variable Portfolio Seligman Global Technology | A | Dividend | J | T | | | | | |
| 21. -Wells Fargo International Equity | A | Int./Div. | K | T | Buy | 02/01/13 | K | | |
| 22. -Alliance Bernstein Intl | A | Dividend | J | T | Buy | 02/01/13 | J | | |
| 23. RBC WEALTH MNGMNT Brokerage Account#2 (H) | | | | | | | | | |
| 24. -RBC Bank Deposit (X) | A | Interest | L | T | | | | | |
| 25. -Powershares Senior Bank Loan | A | Interest | J | T | Buy | 11/21/13 | J | | |
| 26. -Market Vectors Agriculture ETF | A | Dividend | K | T | Buy | 10/17/13 | K | | |
| 27. -Wisdom Tree Trust | A | Dividend | J | T | Buy | 05/10/13 | J | | |
| 28. -First Trust Large Cap Value | A | Dividend | K | T | Buy | 05/10/13 | J | | |
| 29. -TRowe Price tax Free Short IntermediateBond Fund | A | Interest | J | T | Sold (part) | 05/10/13 | K | A | |
| 30. - iShares Investment Grade Corporate Bond Fund | A | Interest | K | T | | | | | |
| 31. - iShares S&P MidCap 400 Growth Index Fund | A | Dividend | J | T | | | | | |
| 32. -iShares Trust Dow Jones US Utilities Index | A | Dividend | | | Sold | 05/10/13 | J | B | |
| 33. - iShares S&P MidCap 400 Value Index Fund | A | Dividend | J | T | | | | | |
| 34. -iShares Dow Jones Non Cyclical Consumer Staples Index Fund | A | Dividend | | | Sold | 5/10/13 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 11/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. i-Shares S&P Small Cap 600 Value Index Fund | A | Dividend | J | T | | | | | |
| 36. -Powershares Areospace Index Fund | A | Dividend | J | T | | | | | |
| 37. -Central Fund of Canada | A | Dividend | J | T | | | | | |
| 38. -API Efficient Frontier Fund | A | Int./Div. | | | Sold | 07/15/13 | N | A | |
| 39. -Utilites Select SPDR Index Fund | A | Dividend | J | T | | | | | |
| 40. -Oppenheimer Developing Markets Fund | A | Dividend | J | T | | | | | |
| 41. -iShares Dow Jones US Energy Sector Index Fund | A | Dividend | J | T | | | | | |
| 42. -First Eagle Gold Fund | A | Dividend | K | T | | | | | |
| 43. -First Eagle Global Fund | A | Dividend | K | T | | | | | |
| 44. -RS Global Natural Resources Fund | A | Dividend | J | T | | | | | |
| 45. Pac Life Variable Annuity | A | Dividend | K | T | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. Lee Alig, personal loan receivable | A | Interest | J | T | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. Chase Bank Accounts | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 11/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53.  255 North Alabama St. LLC(Y) | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II, line 1, I have removed the statement "Personal loan to Lee Alig" from this portion of the report. This information continues to be listed in Part VII.

In the prior 2012 report Part VII, page 4, lines 1 and page 5, line 22, I listed "Raymond James IRA (Guardian Variable Annunity) Account#1" and "Raymond James Brokerage Account#2". These items are only headers providing the name of the account. In the present 2013 report Part VII, page 4, lines 1 and page 5, line 23, I have again noted the names of the accounts as "RBC Wealth Mngmt IRA (Guardian Annunity #1) and RBC Wealth MNGMNT Brokerage Account" but to make clear these are only headers I have amended this report adding an (H) to make clear these are headers.

In the prior 2012 report Part VII, page 4, line 5 I listed "Wells Fargo Adv Internation Equity Fund" which is an error, this item should have been "Evergreen VA International Equity". "Evergreen VA International Equity"is correctly listed on the present report at page 4, line 5. "Wells Fargo" is correctly listed on the present report at page 5, line 21.

Part VII, page 5, line 24 an (X) has been added because "RBC Bank Deposit" was not previously reported.

Part VII, line 53 was added because in July 2013, I learned the transfer of my interest in the 255 North Alabama Street property was defective--the transfer required the agreement of the other building partners. A fully effective dissolution of my interest in this property was eventually executed in 2014. I did not receive any money when this transfer was initially completed in May 2011 nor in 2014 but I wanted to insure full disclosure.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Denise K. La Rue**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544